IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

TERRY HILL,

        Plaintiff,

v.                                                             No. CIV 08-1174 BB/LFG

FARMERS INSURANCE GROUP OF COMPANIES, a/k/a and/or d/b/a FARMERS GROUP, INC., a/k/a and/or d/b/a FARMERS INSURANCE EXCHANGE, a foreign corporation,

        Defendants.

## ORDER OF TRANSFER

FOR the reasons set forth in the Memorandum Opinion in Support of Transfer filed herewith,

IT IS HEREBY ORDERED that this action is transferred to the Western District of Oklahoma.

Dated this 24th day of March, 2010.

_____
**BRUCE D. BLACK**
**United States District Judge**